

SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2013 JUL 23 P 3:51

1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   Assistant United States Attorney
3  Lloyd D. George United States Courthouse
   333 Las Vegas Boulevard South, Suite 5037
4  Las Vegas, Nevada 89101
   (702)388-6336
5  Attorneys for the Government

6

7

8                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
9                              -oOo-

10 UNITED STATES OF AMERICA,        )
                                    )   2:13-CR-00232-GMN-VCF
11          Plaintiff,              )
                                    )
12     v.                           )   **STIPULATION FOR PROTECTIVE**
                                    )   **ORDER**
13 MICHELE PAONESSA, and            )
   MICHAEL KROGER,                  )
14                                  )
            Defendant.              )
15 _____

16         IT IS HEREBY STIPULATED AND AGREED between the parties,

17 Daniel G. Bogden, United States Attorney for the District of Nevada, and Kimberly

18 Frayn, Assistant United States Attorney, counsel for the United States, Assistant Federal

19 Public Defender Shari Kaufman, counsel for defendant MICHELE PAONESSA, and

20 Chris Rasmussen, Esq. counsel for defendant MICHAEL KROGER that this Court issue

21 an Order protecting from disclosure to the public any discovery documents containing

22 the personal identifying information such as social security numbers, drivers license

23

24                                      1

numbers, dates of birth, or addresses, of participants, witnesses and victims in this case. Such documents shall be referred to hereinafter as "Protected Documents." The parties state as follows:

1.      Protected Documents which will be used by the government in its case in chief include personal identifiers, including but not limited to, names, social security numbers, drivers' license numbers, dates of birth, financial account numbers, email addresses, and physical addresses, of participants, witnesses, and victims in this case.

2.      Discovery in this case is voluminous. Many of the documents include personal identifiers. Redacting the personal identifiers of participants, witnesses, and victims would prevent the timely disclosure of discovery to defendants.

3.      The United States agrees to provide Protected Documents without redacting the personal identifiers of participants, witnesses, and victims.

4.      Access to Protected Documents will be restricted to persons authorized by the Court, namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts, and secretaries employed by the attorney(s) of record and performing on behalf of defendant.

5.      The following restrictions will be placed on defendant, defendant's attorney(s) and the above-designated individuals unless and until further ordered by the Court. Defendants, defendants' attorneys and the above-designated individuals shall not:

             a.      make copies for, or allow copies of any kind to be made by any

2

other person of Protected Documents;

        b.     allow any other person to read Protected Documents; and

        c.     use Protected Documents for any other purpose other than preparing to defend against the charges in the Superseding Indictment or any further superseding indictment arising out of this case.

      6.     Defendant's attorney(s) shall inform any person to whom disclosure may be made pursuant to this order of the existence and terms of this Court's order.

      7.     The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as names, social security numbers, drivers' license numbers, dates of birth, financial account numbers, email addresses, and physical addresses during the trial of this matter.

      8.     Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as such as names, social security numbers, drivers' license numbers, dates of birth, financial account numbers, email addresses, and physical addresses within a reasonable time, not to

/ / /
/ / /
/ / /

1   exceed thirty days after the last appeal is final.

2   DANIEL G. BOGDEN
    United States Attorney
3

4   /s/ Kimberly M. Frayn
    KIMBERLY M. FRAYN                          July 19, 2013
5   Assistant United States Attorney

6
    /s/ Shari Kaufman, Esq.                    July 23, 2013
7   SHARI KAUFMAN, ESQ.
    ASSISTANT FEDERAL PUBIC DEFENDER
8   Counsel for defendant Paonessa

9   /s/ Chris Rasmussen, Esq.                  July 23, 2013
    CHRIS RASMUSSEN, ESQ.
10  Counsel for defendant Kroger

11

12  ORDER

13      IT IS SO ORDERED this  24th  day of   July          2013.

14

15

16

17                   United States Magistrate Court Judge

18

19

20

21

22

23
                                    4
24