

# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Boulevard, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

1  DANIEL G. BOGDEN
   United States Attorney
2  KIMBERLY M. FRAYN
   Assistant United States Attorney
3  333 Las Vegas Boulevard South, Suite 5000
   Las Vegas, Nevada 89101
4  (702) 388-6336

2013 AUG -2  A 9: 59

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,  )   2:13-CR-232-GMN-VCF
                           )
           Plaintiff,      )
                           )
     v.                    )
MICHELE PAONESSA,          )
a.k.a Michelle Paonessa, et al.  )
           Defendants.     )
_____)

### GOVERNMENT'S APPLICATION FOR AN ORDER
### TO UNSEAL INDICTMENT AND CASE

COMES NOW the United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and moves this Court to unseal the Indictment, returned on June 19, 2013, and the case in the above-captioned matter.

On June 19, 2013, and pursuant to the government's request, the Court ordered the sealing of the Indictment in the instant case. On July 10, 2013, defendant Paonessa made her initial appearance and was released on her own recognizance under Pretrial Services supervision pending trial. The honorable Magistrate Judge Leen ordered the indictment unsealed during that July 10, 2013 hearing. However, the case remains sealed and notifications of filings are not issuing electronically. Co-defendant Michael Kroger has also had his initial appearance and been released pending trial. Accordingly, the reason for the sealing the indictment and the case no longer exists. The government

hereby moves, to the extent they remain sealed, that the Court issue an order unsealing the indictment and the case in the instant matter..

DATED this __2nd__ day of August, 2013.

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney

## ORDER

This matter coming to be heard on Government's Application for an Order to Unseal the Indictment and Case in the above-captioned matter and good cause appearing,

IT IS SO ORDERED that the Indictment and Case be unsealed.

DATED this 13th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

Certificate of Service
    The undersigned counsel hereby certified that she served a copy of this document on defense counsel, via email on August 1, 2013.

/s/ Kimberly M. Frayn
Assistant United States Attorney

2