UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>MICHELLE PAONESSA,<br><br>                              Defendant. | Case No. 2:13-cr-00232-JAD-VCF<br><br>ORDER<br><br>(Mot Term Pretrial Supervis – ECF No. 75) |

Before the court is Defendant Michelle Paonessa's Motion to Terminate Direct Pretrial Supervision (ECF No. 75).  The motion represents both counsel for the government and Ms. Paonesa's Pretrial Services supervisor concur that given her consistent history since being placed on supervision, direct Pretrial Services supervision is no longer required.

For good cause shown,

**IT IS ORDERED** that Defendant Michelle Paonessa's Motion to Terminate Direct Pretrial Supervision (ECF No. 75) is **GRANTED** and active supervision is terminated.  Paonessa shall advise Pretrial Services of any changes in residence, employment or contact with law enforcement within 72 hours of the occurrence.

DATED this 31st day of October, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE