ENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Michelle Paonessa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHELLE PAONESSA ,<br><br>            Defendant. | Case No. 2:13-cr-232-JAD-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Michelle Paonessa, that the sentencing hearing currently scheduled for December 17, 2018 at 11:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Additional time is needed in order for Probation to conduct the presentence investigation interview and to complete the report.

2.      The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request to continue the sentencing hearing filed herein.

DATED this 12th day of October, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By */s/ Heidi A. Ojeda*<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | By */s/ Richard Anthony Lopez*<br>RICHARD ANTHONY LOPEZ<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PAONESSA ET AL,

    Defendant.

Case No. 2:13-cr-232-JAD-VCF

**ORDER**

    IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, December 17, 2018 at 11:00 a.m., be vacated and continued to February 19, 2019, at the hour of 10:00 a.m.

    DATED this 12th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

3