# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAONESSA ET AL,<br><br>    Defendant. | Case No. 2:13-cr-232-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 132 |

    IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Tuesday, February 19, 2019 at 10:00 a.m., be vacated and continued to April 1, 2019, at the hour of 9:00 a.m.

    DATED this 28th day of November, 2018.

                                        UNITED STATES DISTRICT JUDGE