# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-232-JAD-VCF |
| Plaintiff, | **ORDER** |
| v. | ECF No. 153 |
| PAONESSA ET AL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Sentencing hearing currently scheduled for Monday, April 1, 2019 at 9:00 a.m., be vacated and continued to July 15, 2019, at the hour of 9:30 a.m.

DATED this 22nd day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE