# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE PAONESSA,<br><br>    Defendant. | Case No. 2:13-cr-232-JAD-VCF<br><br>**ORDER**<br><br>ECF No. 166 |

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on July 15, 2019 at the hour of 9:30 a.m., be vacated and continued to August 20, 2019, at the hour of 3:00 p.m.

    DATED this 5th day of July, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
                    DISTRICT